IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MATTHEW BROWN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 3:23-CV-00388 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | § § § | |
| Defendant. | § § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, Plaintiff, MATTHEW BROWN and files this his Unopposed Motion to Dismiss all claims against Defendant Life Insurance Company of North America and requests this Court to enter the attached Order of Dismissal of Claims with prejudice. All matters and disputes between the parties have been resolved.

WHEREFORE, it is prayed that this Motion be granted, that an order of dismissal, with prejudice, be entered on all claims filed by Plaintiff MATTHEW BROWN against Defendant Life Insurance Company of North America, and that attorneys' fees and costs of court be taxed against the party incurring same.

293451962v.1

Respectfully submitted,

**MARC WHITEHEAD AND ASSOCIATES, LLP**

By: _____/s/ Selina Valdez_____
Selina Valdez
Tex. Bar No. 24121872
Fed. I.D. No. 3633062
selina@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007

**ATTORNEY-IN CHARGE FOR PLAINTIFF**
**MATTHEW BROWN**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was forwarded to all attorneys of record in accordance with the Federal Rules, on this 9th day of April, 2024, via hand delivery, and/or regular mail, and/or certified mail, return receipted requested, and/or facsimile.

Linda P. Wills
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
909 Fannin Street, Suite 3300
Houston, TX 77010

_____/s/ Selina Valdez_____
Selina Valdez

2

293451962v.1