UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MATTHEW BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-388 |
| | § | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' agreed motion to dismiss with prejudice. Dkt. 12. Having considered the motion, the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by the plaintiffs against the defendant.

Each party to bear their/its own respective costs and attorneys' fees.

Signed on Galveston Island this 9th day of April, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE